923 F.2d 863
 Scott (Albert O'Neal), Douglas (Kerry L.)
v.
Imperial Knights of Ku Klux Klan, U.S. District Court for
District of Nevada, Church of Jesus Christ of Latter Day
Saints, Sumner (George), Nevada Board of Prison
Commissioners, Adams (Lt.), Kelly (Sgt.), Braune (Alan, Sr.
C/O), Nevada Department of Prisons, McKay (Brian), Bryan
(Richard), Frankie Sue Del Papa
 NO. 89-15107
 United States Court of Appeals,
Ninth Circuit.
 JAN 14, 1991
 
 1
 Appeal From: D.Nev.
 
 
 2
 AFFIRMED.